The People of the State of New York, Respondent,
against
Larry Roebuck, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Anthony J. Ferrara, J.), rendered June 23, 2014, convicting him, upon his plea of guilty, of forcible touching, and imposing sentence.




Per Curiam.
Judgment of conviction (Anthony J. Ferrara, J.), rendered June 23, 2014, affirmed.
The accusatory instrument was not jurisdictionally defective. It charged all the elements of forcible touching (see Penal Law § 130.52). The lack of consent element of the offense (see Penal Law § 130.05[2][c]) was satisfied by allegations that defendant pushed his groin up against a woman's buttocks on a subway car and repeatedly rubbed against her, and that the victim "turn[ed] around and look[ed] at the defendant, [then] move[d] her bag such that it was placed in between her buttocks and the defendant's groin area." At the pleading stage, these allegations support the inference that the victim did not acquiesce to defendant's actions (see People v Hatton, 26 NY3d 364, 370 [2015]; People v Nobles, 57 Misc 3d 135[A], 2017 NY Slip Op 51267[U][App Term, 1st Dept 2017]; People v White, 26 Misc 3d 129[A], 2010 NY Slip Op 50022[U][App Term, 1st Dept 2010]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: November 13, 2019